ACCEPTED
01-15-00067-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/15/2015 2:42:27 PM
CHRISTOPHER PRINE
CLERK

No. 01-15-00067-CV

## IN THE COURT OF APPEALS
## FOR THE FIRST DISTRICT OF TEXAS
## HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/15/2015 2:42:27 PM
CHRISTOPHER A. PRINE
Clerk

RESIDENTIAL CREDIT SOLUTIONS, INC.,
*Appellant*,

V.

MARTHA BURG,
*Appellee*.

Appealed from the 281st Judicial District Court
of Harris County, Texas
Trial Court Cause No. 2013-47157

## APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

Nathan J. Milliron
State Bar No. 24030984
HUGHES WATTERS ASKANASE, L.L.P.
Three Allen Center
333 Clay, 29th Floor
Houston, Texas 77002
(713) 759-0818 (Telephone)
(713) 759-6834 (Facsimile)
nmilliron@hwa.com (Email)

ATTORNEY FOR APPELLANT

2913691:1-FARDCL-0005

Appellant, Residential Credit Solutions, Inc., asks the court to extend the time to file its brief.

## A. Introduction and Background Facts

1. Appellant is Residential Credit Solutions, Inc. Appellee is Martha Burg.

2. The undersigned is attorney-of-record for Appellant Residential Credit Solutions, Inc.

3. The deadline to file Appellant's Brief is April 17, 2015.

4. Appellant requests a 14-day extension of time to file its Brief.

## B. Argument & Authorities

5. Rule 10.5(b) authorizes Appellant to request an extension of time to file its Brief.

6. The deadline for filing Appellant's Brief is currently April 17, 2015.

7. This is the fist request for an extension of time to file Appellant's Brief.

8. Counsel for Appellant has been assigned and called to trial three times in the last month and additional time is needed to finalize Appellant's Brief. Appellant has been in trial in the following cases:

(a) Cause No. 13-CV-1509 styled *Joel Just v. David J. Brown*, in the 405th Judicial District Court of Galveston County, Texas [bench trial on March 25, 2015];

(b) Cause No. 11-DCV-194122 styled *AJBJK, L.L.P. v. Saefaldin Rahmati and Abdul Saeed Assadi Rahmati*, in the 240th Judicial

District Court of Fort Bend County, Texas [bench trial on April 1, 2015]; and

(c) Cause No. 65341 styled *FV-1, Inc. in Trust for Morgan Stanley Capital Holdings LLC v. Sandra Jeter and Thomas Jeter*, in the 149th Judicial District Court of Brazoria County, Texas [jury trial starting on April 6, 2015).

9. In addition, counsel for Appellant was scheduled for jury trial on March 23, 2015 in Cause No. 2011-60277-393 styled *Kenneth Fong and Pamela Fong v. Nationstar Mortgage, LLC and Federal National Mortgage Association*, in the 393rd Judicial District Court of Denton County, Texas and was not released until the late afternoon of March 20, 2015.

10. The length of the extension sought is 14-days from the April 17, 2015 due date.

11. The Court has authority to extend the time to file the Appellant's Brief under TEX. R. APP. P. 38.6(d).

12. Appellant requests a 14-day extension of time to file its Brief.

## C. Conclusion

13. The undersigned, as attorney for Residential Credit Solutions, Inc., requests an extension of 14 days to file Appellant's Brief.

## D. Prayer

14. Residential Credit Solutions, Inc. asks the Court to grant this motion and extend the time for filing its Appellant's Brief for 14 days.

Respectfully submitted,

HUGHES WATTERS ASKANASE, LLP

By: _____

Nathan J. Milliron
State Bar No. 24030984
Three Allen Center
333 Clay, 29th Floor
Houston, Texas 77002
(713) 759-0818 (Telephone)
(713) 759-6834 (Facsimile)
nmilliron@hwa.com (E-mail)

ATTORNEY FOR APPELLANT

## CERTIFICATE OF CONFERENCE

I, the undersigned attorney, hereby certify that Mr. O'Connor, counsel for Martha Burg, is opposed to this extension of time to file Appellant's Brief.

_____
Nathan J. Milliron

2913691:1-FARDCL-0005

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Appellant's Motion for Extension of Time to File Brief was served upon all parties and/or their attorneys of record, in accordance with the Texas Rules of Civil Procedure, on this the 15th day of April 2015, addressed as follows:

*Via Electronic Mail at moconnor@oconnorcraig.com*
Mr. Michael C. O'Connor
O'Connor, Craig, Gould, Evans & Rohr
2500 Tanglewilde, Suite 222
Houston, Texas 77063

Nathan L. Milliron